IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RANDY D. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-460 (MN) |
| SARGENT NELSON, | ) ) ) |
| Defendant. | ) ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 30th day of April 2025;

WHEREAS, on April 3, 2024, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 10) in this action recommending that the Court dismiss the complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1) for Plaintiff's failure to exhaust his administrative remedies as required under the Prison Litigation Reform Act; and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 10) is ADOPTED.

2. The Complaint (D.I. 3) is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1) for Plaintiff's failure to exhaust his administrative remedies as required under the Prison Litigation Reform Act.

3. The Clerk of Court is directed to CLOSE this case.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge